IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03168-WJM-MEH

CAROLA TSCHIEMER,

    Plaintiff,

v.

SERVICESOURCE NETWORK and
SERVICESOURCE INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 18, 2011.**

    The Stipulated Motion for Protective Order [filed April 15, 2011; docket #17] is **granted**. The Stipulated Protective Order is approved and filed contemporaneously with this minute order.